In the Matter of EDWARD M. F. CONWAY, Respondent, against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Appellant.

Argued March 15, 1940; decided April 16, 1940.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* and *Paxton Blair* of counsel), for appellant.
*Reginald Field* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.